FILED: October 24, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2298
(2:25-cv-00510-JKW-RJK)

---

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

CHRIS BARGERY; MARK WARNER; SEAN CAIRNCROSS

Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
| Originating Case Number | 2:25-cv-00510-JKW-RJK |
| Date notice of appeal filed in originating court: | 10/20/2025 |
| Appellant(s) | Tremel Marquis Rosser |
| Appellate Case Number | 25-2298 |
| Case Manager | A. Brownlee<br>804-916-2702 |