FILED: March 12, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2284 (L)
(2:25-cv-00118-JKW-RJK)

---

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

MARCO RUBIO; SUPREME COURT OF THE UNITED STATES LEGAL TEAM

Defendants - Appellees

---

No. 25-2286
(2:25-cv-00104-JKW-RJK)

---

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

JEREMY HALL, Badge 2852 Virginia Beach Police; VIRGINIA BEACH MAGISTRATE

Defendants - Appellees

---

No. 25-2287
(2:25-cv-00085-JKW-RJK)

---

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

ARMED FORCES; PRESIDENT DONALD TRUMP

Defendants - Appellees

---

No. 25-2288
(2:25-cv-00040-JKW-RJK)

---

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

KASH PATEL, Director of the FBI

Defendant - Appellee

---

No. 25-2298
(2:25-cv-00510-JKW-RJK)

---

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

CHRIS BARGERY; MARK WARNER; SEAN CAIRNCROSS

Defendants - Appellees

No. 25-2299
(2:25-cv-00416-JKW-RJK)

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

PAUL NEUDIGATE, Chief Virginia Beach Police; MARK P. PITTELLA, Director of United States Marshal Service; SEAN M. CURRAN, Director of United States Secret Service; ROCKY HOLCOMB

Defendants - Appellees

No. 25-2300
(2:25-cv-00158-JKW-RJK)

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

ELON MUSK; JARED ISAACMAN; TULSI GABBARD; ANNE MELISSA MILGRAM

Defendants - Appellees

---

No. 25-2301
(2:25-cv-00486-JKW-RJK)

---

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

KASH PATEL; ATTORNEY GENERAL PAM BONDI; PETE HEGSETH; JOHN L. RATCLIFFE

Defendants - Appellees

---

No. 25-2302
(2:25-cv-00502-JKW-RJK)

---

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

LIEUTENANT GENERAL WILLIAM J. HARTMAN; SARAH A. CARTER; SUSIE WILES; DAVID O. SACKS

Defendants - Appellees

## O R D E R

The court consolidates Case No. 25-2284 and Case Nos. 25-2286, 25-2287, 25-2288, 25-2298, 25-2299, 25-2300, 25-2301, and 25-2302.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk