FILED: June 22, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2284 (L)
(2:25-cv-00118-JKW-RJK)

---

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

MARCO RUBIO; SUPREME COURT OF THE UNITED STATES LEGAL TEAM

Defendants - Appellees

---

No. 25-2286
(2:25-cv-00104-JKW-RJK)

---

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

JEREMY HALL, Badge 2852 Virginia Beach Police; VIRGINIA BEACH MAGISTRATE

Defendants – Appellees

No. 25-2287
(2:25-cv-00085-JKW-RJK)

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

ARMED FORCES; PRESIDENT DONALD TRUMP

Defendants - Appellees

No. 25-2288
(2:25-cv-00040-JKW-RJK)

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

KASH PATEL, Director of the FBI

Defendant - Appellee

No. 25-2298
(2:25-cv-00510-JKW-RJK)

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

CHRIS BARGERY; MARK WARNER; SEAN CAIRNCROSS

Defendants - Appellees

---

No. 25-2299
(2:25-cv-00416-JKW-RJK)

---

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

PAUL NEUDIGATE, Chief Virginia Beach Police; MARK P. PITTELLA, Director of United States Marshal Service; SEAN M. CURRAN, Director of United States Secret Service; ROCKY HOLCOMB

Defendants - Appellees

---

No. 25-2300
(2:25-cv-00158-JKW-RJK)

---

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

ELON MUSK; JARED ISAACMAN; TULSI GABBARD; ANNE MELISSA MILGRAM

Defendants - Appellees

---

No. 25-2301
(2:25-cv-00486-JKW-RJK)

---

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

KASH PATEL; ACTING ATTORNEY GENERAL TODD BLANCHE; PETE HEGSETH; JOHN L. RATCLIFFE

Defendants - Appellees

---

No. 25-2302
(2:25-cv-00502-JKW-RJK)

---

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

LIEUTENANT GENERAL WILLIAM J. HARTMAN; SARAH A. CARTER; SUSIE WILES; DAVID O. SACKS

Defendants – Appellees

# M A N D A T E

The judgment of this court, entered April 30, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*